IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
AT HARRISBURG

ROBERT D. KLINE, ⟩

⟩

Plaintiff, ⟩

⟩   Civil Action No.

v. ⟩

⟩

ADVANCED INSURANCE ⟩
UNDERWRITERS, LLC, JASON WYMAN ⟩
and MARILYN E. MORELLO, ⟩

⟩

Defendants. ⟩

## NOTICE OF REMOVAL

AND NOW come Defendants, Advanced Insurance Underwriters, LLC, Jason Wyman and Marilyn E. Morello (collectively "Defendants), by and through their undersigned counsel, and hereby file this Notice of Removal pursuant to 28 U.S.C. § 1441 *et seq.,* and in support thereof aver as follows:

1.      On February 11, 2019, Defendants received in the mail a copy of a Complaint filed against them by pro se plaintiff, Robert D. Kline ("Kline"), in the Court of Common Pleas of Mifflin County, Pennsylvania at No. CV-2019-80.   Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of that Complaint is attached hereto and incorporated herein as Exhibit "A."

2.      This is a civil action in which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1331, as the claims set forth by Kline against Defendants arise under the Constitution, laws or treaties of the United States, specifically the Federal Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.  See Exhibit "A."

{B4216570.1}

3.      Pursuant to 28 U.S.C. § 1446(d), Defendants will serve Kline with a copy of this Notice of Removal.  Additionally, pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Court of Common Pleas of Mifflin County, Pennsylvania.

WHEREFORE, Defendants respectfully request that the action now pending in the Court of Common Pleas of Mifflin County, Pennsylvania, at No. CV-2019-80, be removed to this Honorable Court.

Respectfully submitted,

BABST, CALLAND,
CLEMENTS & ZOMNIR, P.C.

By  /s/Timothy A. Schoonover
      Timothy A. Schoonover
      PA ID No. 76260
      tschnoover@babstcalland.com

330 Innovation Boulevard
Suite 302
State College, Pennsylvania 16803

By  /s/Leonard Fornella
      Leonard Fornella
      PA ID No. 27921
      lfornella@babstcalland.com

Two Gateway Center
Sixth Floor
Pittsburgh, PA 15222
(412) 394-5400

Attorneys for Defendants

{B4216570.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice of Removal was,

this 12th day of March, 2019, sent via electronic mail and/or U.S. Mail, postage prepaid

to:

Robert D. Kline
256 Fairview Road
MClure, Pennsylvania 17841
570-658-3448

/s/Timothy A. Schoonover
Timothy A. Schoonover